# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 12-01015SOM |
| CASE NAME: | USA vs. Albert Lonoikauakini Joy |
| ATTYS FOR PLA: | Kenneth Sorenson |
| | Nick Baron/Malia Dugan (FBI) |
| ATTYS FOR DEFT: | Philip Lowenthal |
| | Ellie Asasaki (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 07/01/2014 | TIME: | 9:00 - 9:35 |
| | | | 10:05 - 10:15 |
| | | | 11:00 - 11:05 |
| | | | 2:35 - 3:50 |

COURT ACTION: EP: Sentencing to Counts 1 and 2 of the Information -

Defendant Albert Lonoikauakini Joy present.

Discussion held re: the PSR and the tax loss computation.

Government's Exhibits 1 -6 submitted for the Court's review.

Court takes a 20 minute recess in order to allow the parties to meet and see if they can reach an agreement.

10:05 a.m. - Mr. Sorenson informed the Court that the parties are unable to reach an agreement.

Court directs the parties to meet again for further discussion and to return @ 11:00 a.m. If an agreement is reached, parties to inform the CRM and the USPO.

11:00 a.m. - Parties inform the Court that they are identifying their differences and making progress.

Parties to further meet and discuss, and to return @ 2:00 p.m. today.

2:30 p.m. - Mr. Lowenthal informed the Court that the parties have reached a partial

agreement.

Discussion held.

Court adopts the PSR as amended, and it is placed under seal and is available to counsel.

Allocution by the defendant.

ADJUDGED:

Probation: 5 Years as to each of Counts 1 and 2, to run concurrently.

Restitution:   To be determined.

Special Assessment: $200.00.

CONDITIONS:

- The defendant shall abide by the standard conditions of supervision.

- The defendant shall not commit any crimes, federal, state, or local (mandatory condition).

- The defendant shall not possess illegal controlled substances (mandatory condition).

- The defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

- The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.  Court waives the mandatory drug test condition.

- The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

> The defendant must serve a total of 45 days of intermittent confinement for 15 consecutive weekends at the Federal Detention Center (FDC) commencing on Friday, 8/1/2014 at 6:00 p.m. and shall be released on Sunday, 8/3/2014, no later than 12:00 p.m.  The defendant shall thereafter report to the FDC by 6:00 p.m. on every succeeding Friday and shall be released by 12:00 p.m. the following Sunday and shall continue with this schedule for 15 consecutive weekends.  The defendant shall comply with the rules and regulations set forth by the FDC.  Should the defendant require admission to a medical facility during any period of intermittent confinement, the order of custody as to that period only shall cease, and the FDC shall notify the United States Probation Office.  The defendant is expected to

report to the FDC for service of any remaining periods of custody as ordered above.

- The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation.

- The defendant shall provide to the Probation Office a signed release authorizing credit checks and an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant and any business owned, in whole or in part, by the defendant.

- The defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office, until such time that the restitution is paid in full.

- The defendant shall provide the Probation Office with access to any and all business records, financial records, client lists, and other records, pertaining to the operation of any business owned, in whole or in part, by the defendant, as directed by the Probation Office.

- The defendant shall not be employed in any position that requires licensing and/or certification by any local, state, or federal agency without the prior approval of the Probation Office.

- The defendant shall cooperate with the IRS and arrange for the payment of delinquent taxes, interest and penalties, and the timely filing of tax returns and/or corrected amended tax returns.

> The defendant shall complete 100 hours of community service, as directed by the Probation Office.

- The defendant shall submit his person, property, house, residence, vehicle, papers, or office to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

The Memorandum of Plea Agreement has been accepted by the Court.

Government's Motion to Dismiss the Superseding Indictment in CR 10-00527SOM as to this defendant only - Granted.

Defendant advised of his right to appeal.

A hearing on the issue of restitution is set for 7/22/14 @ 10:30 a.m.

If parties reach a stipulation, they are to notify the Court asap.

Submitted by: Toni Fujinaga, Courtroom Manager.