PHILIP H. LOWENTHAL    945
33 N. Market Street, Suite 101
Wailuku, Maui, Hawai'i  96793
Telephone: (808) 242-5000
phl@maui.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2014

at /0 o'clock and 50 min. A. M. *
SUE BEITIA, CLERK

Attorney for Defendant
ALBERT LONOIKAUAKINI JOY

## IN THE UNITED STATES DISTRICT CIRCUIT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 12-01015 SOM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | DETERMINING RESTITUTION |
| vs. ) | |
| ) | |
| ALBERT LONOIKAUAKINI JOY, ) | |
| ) | Hearing Date: July 22, 2014 |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION AND ORDER DETERMINING RESTITUTION

IT IS HEREBY STIPULATED AND AGREED between the parties,

the United States of America and the Defendant, ALBERT

LONOIKAUAKINI JOY, by and through their respective attorneys, AUSA

Kenneth Sorenson and Philip Lowenthal, Esq., having collaborated and

having duly and exhaustively analyzed the available data, that the amount

of restitution to be ordered for the tax years 2005, 2006 2007 is as follows:

2005 $3,856; 2006 $6,052; 2007 $33,957 for a total restitution amount of

**$43,865.00.**

DATED: July 18, 2014, at Wailuku, Hawai'i.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawai'i


By: /s/ Kenneth Sorenson
      KENNETH M. SORENSON
      Assistant U.S. Attorney


/s/ Philip Lowenthal
PHILIP LOWENTHAL, ESQ.
      Attorney for Defendant
ALBERT LONOIKAUAKINI JOY

I approve and I waive my right
to a restitution hearing:

_____
ALBERT L. JOY


SO ORDERED:


APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

-------------------------------------------------------------------------

USA v. Albert Lonoikauakini Joy; Cr. No. 12-01015 SOM; Stipulation and Order
Determining Restitution